UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

JEFFREY SIMPSON,

                          Appellant,

        - v -

JARED CHASSEN et al.,

                          Appellees.

Case #25-2388

Appeal from
Case #25-04004 (JMF/JAV)

## NOTICE OF BANKRUPTCY FILING

PLEASE TAKE NOTICE that, on February 19, 2026, Jeffrey Solomon Simpson (the "Debtor"), a party in the above-captioned action, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), Case No. 26-10359 (LGB). A copy of the Notice of Bankruptcy Case Filing issues by the Clerk of the Bankruptcy Court is attached hereto as an exhibit. The Debtor's bankruptcy case has been assigned to the Honorable Lisa G. Beckerman, United States Bankruptcy Judge.

It is respectfully submitted that the Court determine that the above-captioned appeal is subject to the bankruptcy automatic stay, pursuant to 11 U.S.C. § 362(a). Even though the Debtor is the appellant and is styled in the proceeding below as

the plaintiff, this Court has held that the stay applies to an appeal where the debtor was originally the plaintiff, but a judgment was entered against the debtor-plaintiff on a defendant's counterclaim. *Koolik v. Markowitz*, 40 F.3d 567, 568-69 (2d Cir. 1994). The above-captioned appeal involves an order imposing monetary sanctions on the Debtor, and thus, the principle of the *Koolik* case should apply to stay the present appeal.

Dated: New York, New York
    February 26, 2026

BECKER, GLYNN, MUFFLY,
CHASSIN & HOSINSKI LLP

By: ___*s/ Alec P. Ostrow*___
Alec P. Ostrow
299 Park Avenue
New York, New York 10171
(212) 888-3033
aostrow@beckerglynn.com

*Bankruptcy Counsel for Jeffrey
Simpson, Plaintiff-Appellant*

# EXHIBIT A

United States Bankruptcy Court
Southern District of New York

# Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 02/19/2026 at 9:06 PM and filed on 02/19/2026.

**Jeffrey Solomon Simpson**
1055 Park Avenue
#4
New York, NY 10028
SSN / ITIN: xxx-xx-4463

The case was filed by the debtor's attorney:

**Alec P. Ostrow**
Becker, Glynn, Muffly, Chassin & Hosinski LLP
299 Park Avenue
16th Floor
New York, NY 10171
(212) 888-3033

The case was assigned case number 26-10359.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, One Bowling Green, New York, NY 10004-1408.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| **Transaction Receipt** |

| 02/19/2026 21:32:05 | | | |
|---|---|---|---|
| **PACER Login:** | BeckerGlynn | **Client Code:** | 8751-001 |
| **Description:** | Notice of Filing | **Search Criteria:** | 26-10359 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

| 02/19/2026 21:32:05 | | | |
|---|---|---|---|
| **PACER Login:** | BeckerGlynn | **Client Code:** | 8751-001 |
| **Description:** | Notice of Filing | **Search Criteria:** | 26-10359 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |