# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of February, two thousand twenty-six.

_____

Jeffrey Simpson, as managing member of JJC Arch LLC and derivatively as managing member of Arch Real Estate Holdings LLC and JJC Arch LLC,

        Plaintiff - Appellant,

    v.

Jared Chassen, First Republic Bank, 608941 NJ INC., Arch Real Estate Holdings LLC,

        Defendants - Appellees.

_____

**ORDER**

Docket No. 25-2388

By notice filed February 26, 2026, Appellant advised this Court that he filed a bankruptcy proceeding in the United States Bankruptcy Court for the Southern District of New York on February 19, 2026.

In accordance with the stay provisions of the U.S. Bankruptcy Code, 11 U.S.C. § 362,

It is hereby ORDERED that this appeal is stayed.

Appellant is directed to inform this Court, in writing, as to the status of the automatic stay, within 14 days of the date of this order, thereafter at 30-day intervals, and immediately when the stay is lifted or when there are other developments in the bankruptcy proceeding which permit this matter to proceed or otherwise be resolved.

        For the Court:
        Catherine O'Hagan Wolfe,
        Clerk of Court

