UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

JEFFREY SIMPSON,

                   Appellant,

       - v -

JARED CHASSEN, et al.,

                  Appellees.

Case #25-2388

Appeal from
Case #25-04004 (JMF/JAV)

**NOTICE OF STATUS OF BANKRUPTCY AUTOMATIC STAY**

PLEASE TAKE NOTICE that, pursuant to the order of this Court, dated February 27, 2026, the Appellant hereby informs the Court as to the status of the automatic stay.

The status of the automatic stay remains unchanged. The chapter 11 case filed by the Appellant is still pending. No motion to dismiss the chapter 11 case has been filed. No motion for relief from the automatic stay as concerns this appeal has been filed.

Dated:  New York, New York
       March 13, 2026

              BECKER, GLYNN, MUFFLY,
              CHASSIN & HOSINSKI LLP

              By:    */s/   Alec P. Ostrow*
              Alec P. Ostrow
              299 Park Avenue
              New York, New York 10171
              (212) 888-3033
              aostrow@beckerglynn.com

              *Bankruptcy Counsel for Jeffrey*
              *Simpson, Plaintiff-Appellant*